UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -9  P 3: 14

U.S. DISTRICT COURT
DISTRICT OF MASS.

05  10259 RWZ

MAGISTRATE JUDGE _____

| HABCHI, INC., | ) | Civil Action No. ____ |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF REMOVAL** |
| CITI BANK, | ) | |
| Defendant. | ) | |

RECEIPT # _____
AMOUNT $ _____
SUMMONS ISSUED _____
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. _____
DATE _____

To:   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT
      FOR THE DISTRICT OF MASSACHUSETTS

Pursuant to 12 U.S.C. § 632 and 28 U.S.C. § 1446, defendant Citibank, N.A. ("Citibank"), erroneously named "Citi Bank," hereby files this Notice of Removal in the above-entitled action and sets out below the grounds for this Notice of Removal.

1.   On or about December 30, 2004, plaintiff Habchi, Inc. ("Habchi") filed a Complaint against Citibank in the Superior Court of Plymouth County, Massachusetts. Habchi served process of the Summons and Complaint by sending copies to Citibank by certified mail.

2.   The Complaint asserts that the plaintiff, as assignee, is owed money as a result of Citibank's failure to properly credit a bank account with the proceeds of a deposit transfer from the "Union Bank of Switzerland to Citi Bank in Lebenon [sic]." Complaint at ¶ 4.

3.   The Complaint seeks damages and interest dating from in or about November 1981 in connection with an international banking transaction. The United States District Court for the District of Massachusetts has original federal jurisdiction by reason of 12 U.S.C. § 632 because defendant Citibank is a national banking association organized and existing under the

laws of the United States, and the cause of action arises out of an international banking transaction.

4.   A copy of all process and pleadings served upon defendant Citibank is being filed with this Notice of Removal and is attached as Exhibit A.

5.   Citibank will provide written notice of the filing of this Notice of Removal as required by 28 U.S.C. § 1446(d), including filing a copy of this Notice of Removal with the Clerk of the Superior Court of Plymouth County, Massachusetts.

CITIBANK, N.A., erroneously named
CITI BANK,
By its Attorneys,

/s/ J. Patrick Kennedy
Donn A. Randall, BBO# 631590
J. Patrick Kennedy, BBO# 565778
Bulkley, Richardson, and Gelinas LLP
One Post Office Squire, Suite 3700
Boston, Massachusetts 02109
(617) 368-2500
Facsimile: (617) 368-2525

Dated: February 9, 2005

### CERTIFICATE OF SERVICE

I, J. Patrick Kennedy, hereby certify that a true and correct copy of the foregoing Notice of Removal was served on this 9th day of February, 2005, by first class mail, postage prepaid, upon the following counsel of record:

Walter W. Jabs, Jr., Esq.
530 Boston Post Road E-1
Marlboro, MA 01752

/s/ J. Patrick Kennedy
J. Patrick Kennedy

289871.1

- 2 -

COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, ss.  SUPERIOR COURT DEPARTMENT OF
THE TRIAL COURT OF THE
COMMONWEALTH
CIVIL ACTION NO.

Habchi, Inc. ............................, Plaintiff(s)

vs.

CitiBank ............................, Defendant(s)

A TRUE COPY ATTEST

D. H. KAMINS • PROCESS SERVER

& DISINTERESTED PERSON

DATE* ( 12/30/04 )

### SUMMONS

To the above-named defendant:

You are hereby summoned and required to serve upon Walter W. Jabs, Jr. Attorney for Habchi, Inc. ............................ plaintiff attorney, whose address is Walter W. Jabs, Jr. 530 Boston Post Rd. E-1, Marlboro, MA 01752, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Plymouth either before service upon plaintiff attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff claim or you will thereafter be barred from making such claim in any other action.

Witness, Barbara J. Rouse Esquire, at Plymouth the ......30th...... day of ......December......, in the year of our Lord Two thousand and ...04......

CLERK.

**NOTES**
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. To the plaintiff's attorney: please circle type of action involved-Tort-Motor Vehicle Tort-Contract-Equitable Relief-Other.

### PROOF OF SERVICE OF PROCESS

I hereby certify and return that on ...12/30/2004......, 2004, I served a copy of the within summons together with a copy with a copy of the complaint in this action, upon the within-named defendant, in the following manner(See Mass. R. Civ. P. 4(d)(1-5): by Certified Mail to Citigroup (citybank) @ 399 Park Avenue - New York, NY 10043.

Dated: 12/30 , 2004  D.H. Kamins - Constable & Disinterested Person

N.B. TO PROCESS SERVER:-
PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

December 30 , 2004

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's office at Plymouth.

## COMMONWEALTH OF MASSACHUSETTS

Plymouth, ss

Plymouth Superior Court
Civil Action No. PLCV 2004-01445-B

Habchi, Inc.  )
              Plaintiff,  )
                )
v.  )
                )
Citi Bank  )
              Defendant.  )

A TRUE COPY ATTEST

D.H. KAMINS • PROCESS SERVER

& DISINTERESTED PERSON

DATE • ( 12/30/04 )

## COMPLAINT

1. The Plaintiff is Habchi, Inc. a Massachusetts corporation with a place of business at 21 Paterson Avenue, Brockton, MA

2. The defendant Citi Bank a corporation having offices in and doing business in the Commonwealth of Massachusetts.

3. Chehade D. Habchi (hereinafter Habchi) is the President and Owner of Habchi, Inc. a Massachusetts Corporation.

4. On or about November 1981, the Habchi deposited with the defendant $110,033.47 US transferred from Union Bank of Switzerland to Citi Bank in Lebenon.

5. Under the terms of this deposit, the defendant was to pay the Habchi interest.

6. On or about November 1981, the defendant advised the Habchi of receipt of $109,997.71 by bank advice number 1256102-9 dated November 30, 1981.

7. Pursuant to deposit slip D7109 dated November 30, 1981, the defendant only credited the Habchi's account with $90,000.00.

8. The defendant neglected to deposit to the Habchi's account $19,997.71 plus has neglected to pay interest since November 30, 1981.

9. Subsequent to this transfer, Citi bank closed its operations in Lebonon and refused to respond and has neglected to pay the Habchi the full amount of his deposits.

10. Citi bank has refused and neglected to deliver any documentation as to the disposition of the Habchi's $19,997.

11. The defendant owes the Habchi $19,997.71 plus interest since November 30, 1981.

12. The Habchi repeatedly requested that the defendant to account for the $19,997.71

13. The Habchi on or about March 3, 2002, began asking for the return of his monies from the defendant. Each time the Habchi asked the defendants for his monies they gave him an excuse. The defendants have refused and neglected to return any further monies, after repeated demands and requests.

14. Habchi transferred said account by assignment attached hereto to the plaintiff Habchi, Inc.

## COUNT I
### Breach of Contract

15. The plaintiff realleges each and every allegation set forth in paragraph 1 through 14 set forth above.

16. The defendant owes the plaintiff for breach of contract in that he has refused as agree to deliver half the business to the plaintiff, to pay to the plaintiff halkf the profits of the business or to repay the monies entrusted to him with interest thereon.

WHEREFORE, the plaintiff demands judgment plus interest and costs of this action.

## COUNT II

### Monies Due on Account

17. The plaintiff realleges each and every allegation set forth in paragraphs 1 through 14 set forth above.

18. The defendant owes monies due on Account.

WHEREFORE, the plaintiff demands judgment plu/s interest and cost of this action.

## COUNT III

### Monies Had and Received.

19. The plaintiff realleges each and every allegation set forth in paragraphs 1 through 14 set forth above.

20. The defendant owes the plaintiff for monies belonging to the plaintiff he has in his possession.

WHEREFORE, the plaintiff demands judgment plus interest and cost of this action.

## COUNT IV

Fraud

21. The plaintiff realleges each and every allegation set forth in paragraphs 1 through 14 set forth above.

22. The defendant's agents fraudulently took the plaintiff's monies.

WHEREFORE, the plaintiff demands judgment plus interest and cost of this action.

Signed under the pains and penalties of perjury, this 10th day of November, 2004.

_____
Chehade D. Habchi, President
Plaintiff

The Plaintiff
By his Attorney

_____
Walter W. Jabs, Jr.
530 Boston Post Rd. E-1
Marlboro, MA 01752
(508) 229-0909
BBB No. 248360

Commonwealth of Massachusetts
County of Plymouth
The Superior Court

CIVIL DOCKET# **PLCV2004-01495-B**

RE:   Habchi, Inc v Citi Bank

TO: Walter W Jabs Jr, Esquire
530 Boston Post Road
Suite E-1
Marlboro, MA 01752

### TRACKING ORDER - F TRACK

You are hereby notified that this case is on the **fast (F) track** as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| STAGES OF LITIGATION | DEADLINE |
|---|---|
| Service of process made and return filed with the Court | 03/15/2005 |
| Response to the complaint filed (also see MRCP 12) | 05/14/2005 |
| All motions under MRCP 12, 19, and 20 filed | 05/14/2005 |
| All motions under MRCP 15 filed | 05/14/2005 |
| All discovery requests and depositions completed | 10/11/2005 |
| All motions under MRCP 56 served and heard | 11/10/2005 |
| Final pre-trial conference held and firm trial date set | 12/10/2005 |
| Case disposed | 02/08/2006 |

The final pre-trial deadline is **not the scheduled date of the conference**. You will be notified of that date at a later time.
**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**
This case is assigned to session B sitting in **CtRm 1 (Court Street, Plymouth)** at **Plymouth Superior Court.**

Dated: 12/15/2004

Francis R. Powers
Clerk of the Courts

BY: Adam Baler
Assistant Clerk

Location: CtRm 1 (Court Street, Plymouth)
Telephone: (508) 747-6911

Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130

Check website as to status of case: http://ma-trialcourts.org/tcic

cvdtract_2.wpd 435697 inidoc01 dormanmi

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Habchi, Inc. v. Citi Bank__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   - [ ] I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
   - [ ] II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
             740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.        for patent, trademark or copyright cases
   - [ ] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
             315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
             380, 385, 450, 891.
   - [X] IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
             690, 810, 861-865, 870, 871, 875, 900.
   - [ ] V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   __This case currently pending in Plymouth Superior Court: PLCV2004-01495-B__

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES [ ]   NO [X]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES [ ]   NO [X]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES [ ]   NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES [ ]   NO [X]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES [X]   NO [ ]

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division [X]   Central Division [ ]   Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division [ ]   Central Division [ ]   Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES [ ]   NO [X]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __J. Patrick Kennedy__  _/s/ J. Patrick Kennedy_, BBO # 565778
ADDRESS __Bulkley, Richardson & Gelinas, LLP, One Post Office Sq., Ste 3700, Boston, MA 02109__
TELEPHONE NO. __617-368-2500__

(Coversheetlocal.wpd - 10/17/02)

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Habchi, Inc.

**DEFENDANTS**
Citi Bank

(b) County of Residence of First Listed Plaintiff: Plymouth
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: New York
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number): Walter W. Jabs, Jr.
580 Boston Post Road, E-1
Marlboro, MA 01752   (508) 229-0909

Attorneys (If Known): Donn A. Randall, J. Patrick Kennedy
Bulkley, Richardson & Gelinas, LLP, One Post Office Sq.
Ste. 3700, Boston, MA 02109   (617) 368-2500

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)   n/a

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☒ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | |
| | / ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition | | | |
| | ☐ 440 Other Civil Rights | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
12 U.S.C. sec. 632

Brief description of cause:
Removal of action concerning an international banking transaction

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): This case is currently pending in Plymouth Superior Court
JUDGE
DOCKET NUMBER PLCV2004-01495-B

DATE: 02/09/05
SIGNATURE OF ATTORNEY OF RECORD: J. Patrick Kennedy, BBO # 565778

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____