

**BULKLEY, RICHARDSON AND GELINAS, LLP**

LAW OFFICES
ONE POST OFFICE SQUARE
SUITE 3700
BOSTON, MA 02109

TEL: (617) 368-2500
FAX: (617) 368-2525

FILED
IN CLERKS OFFICE

2005 FEB 16  P 3: 24

U.S. DISTRICT COURT
DISTRICT OF MASS.

J. PATRICK KENNEDY
DIRECT DIAL (617) 368-2510
PKENNEDY@BULKLEY.COM

February 14, 2005

Clerk, Civil Business
United States District Court for the
 District of Massachusetts
One Courthouse Way
Boston, Massachusetts 02210

RE:  Habchi, Inc. v. Citi Bank, Civil Action No. 05-CV-10259-RWZ

Dear Sir or Madam:

Pursuant to 28 U.S.C. § 1447(b), enclosed for filing in the above-captioned case is the Certified Record provided by the Plymouth County Superior Court (Docket No. PLCV2004-1495-B). This action was removed from the Plymouth Superior Court, pursuant to 12 U.S.C. § 632, on February 9, 2005. Please note that these materials are not being filed electronically as they fall within the Special Filing Requirements and Exceptions set forth in Section H.2.a. of this Court's CM/ECF Administrative Procedures.

Also enclosed is a copy of this letter for you to date-stamp and return to us in the enclosed self-addressed, stamped envelope for our files. Thank you for your assistance with this matter.

Sincerely yours,

J. Patrick Kennedy

Enclosures
cc:   Walter W. Jabs, Jr., Esq. (w/encls.)
      Donn A. Randall, Esq. (w/o encls.)

290227.1

Commonwealth of Massachusetts
PLYMOUTH SUPERIOR COURT
Case Summary
Civil Docket

FILED
IN CLERKS OFFICE

## PLCV2004-01495
### Habchi, Inc v Citi Bank

2005 FEB 16 P 3:24

| | | | | | |
|---|---|---|---|---|---|
| File Date | 12/15/2004 | Status | Disposed: transferred to other court (dtrans) | | |
| Status Date | 02/11/2005 | Session | B - Civil B - CtRm 1 (Plymouth) | | U.S. DISTRICT COURT |
| Origin | 1 | Case Type | A03 - Commercial paper | | DISTRICT OF MASS. |
| Lead Case | | Track | F | | |

| | | | | | |
|---|---|---|---|---|---|
| Service | 03/15/2005 | Answer | 05/14/2005 | Rule12/19/20 | 05/14/2005 |
| Rule 15 | 05/14/2005 | Discovery | 10/11/2005 | Rule 56 | 11/10/2005 |
| Final PTC | 12/10/2005 | Disposition | 02/08/2006 | Jury Trial | No |

### PARTIES

| Plaintiff | Private Counsel 248360 |
|---|---|
| Habchi, Inc | Walter W Jabs Jr |
| Active 12/15/2004 | 530 Boston Post Road |
| | Suite E-1 |
| | Marlboro, MA 01752 |
| | Phone: 508-229-0909 |
| | Fax: 508-562-9957 |
| | Active 12/15/2004 Notify |
| | |
| Defendant | Private Counsel 631590 |
| Citi Bank | Donn A Randall |
| Service pending 12/15/2004 | Bulkley, Richardson and Gelinas |
| | One Post Office Sq., Suite 3700 |
| | Boston, MA 02109 |
| | Phone: 617-368-2500 |
| | Fax: 617-368-2525 |
| | Active 02/01/2005 Notify |

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 12/15/2004 | 1.0 | Complaint & civil action cover sheet filed |
| 12/15/2004 | | Origin 1, Type A03, Track F. |
| 02/01/2005 | 2.0 | Atty Donn A Randall's notice of appearance for Citi Bank |
| 02/11/2005 | 3.0 | Notice for Removal to the United States District Court filed by Citi Bank |
| 02/11/2005 | 4.0 | Case REMOVED this date to US District Court of Massachusetts |

### EVENTS


A TRUE COPY ATTEST
CLERK

FEB 1 1 2005
PLYMOUTH SUPERIOR COURT

# COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, SS.  SUPERIOR COURT DEPT.
CIVIL ACTION NO. 2004-01495-B

|  |  |
|---|---|
| HABCHI, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITI BANK, )<br>)<br>Defendant. )<br>) | **NOTICE OF FILING<br>OF NOTICE OF REMOVAL** |

To:  THE HONORABLE JUSTICES OF THE PLYMOUTH SUPERIOR COURT, THE COMMONWEALTH OF MASSACHUSETTS, AND ALL PARTIES BY AND THROUGH THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on this 9th day of February, 2005, defendant Citibank, N.A., erroneously named "Citi Bank," filed a Notice of Removal of this action to the United States District Court for the District of Massachusetts. A true copy of the Notice of Removal as so filed is attached hereto.

The State Court shall proceed no further.

CITIBANK, N.A., erroneously named
CITI BANK,
By its Attorneys,

/s/ J. Patrick Kennedy
Donn A. Randall, BBO# 631590
J. Patrick Kennedy, BBO# 565778
Bulkley, Richardson, and Gelinas LLP
One Post Office Square, Suite 3700
Boston, Massachusetts 02109
(617) 368-2500

Dated: February 9, 2005

## CERTIFICATE OF SERVICE

I, J. Patrick Kennedy, hereby certify that a true and correct copy of the foregoing Notice of Filing of Notice of Removal was served on this 9th day of February, 2005, by first class mail, postage prepaid, upon the following counsel of record:

        Walter W. Jabs, Jr., Esq.
        530 Boston Post Road, E-1
        Marlboro, MA  01752

        _____
        J. Patrick Kennedy

289883.1

A TRUE COPY ATTEST
CLERK

## COMMONWEALTH OF MASSACHUSETTS

Plymouth, ss                     Plymouth Superior Court
                                 Civil Action No. 04-1495B

Habchi, Inc.                     )
                  Plaintiff,     )
                                 )
v.                               )
                                 )
Citi Bank                        )
                  Defendant.     )

**COMPLAINT**

FILED
COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPT. OF THE TRIAL COURT
PLYMOUTH COUNTY

DEC 15 2004

CLERK

1. The Plaintiff is Habchi, Inc. a Massachusetts corporation with a place of business at 21 Paterson Avenue, Brockton, MA

2. The defendant Citi Bank a corporation having offices in and doing business in the Commonwealth of Massachusetts.

3. Chehade D. Habchi (hereinafter Habchi) is the President and Owner of Habchi, Inc. a Massachusetts Corporation.

4. On or about November 1981, the Habchi deposited with the defendant $110,033.47 US transferred from Union Bank of Switzerland to Citi Bank in Lebenon.

5. Under the terms of this deposit, the defendant was to pay the Habchi interest.

6. On or about November 1981, the defendant advised the Habchi of receipt of $109,997.71 by bank advice number 1256102-9 dated November 30, 1981.

7. Pursuant to deposit slip D7109 dated November 30, 1981, the defendant only credited the Habchi's account with $90,000.00.

8. The defendant neglected to deposit to the Habchi's account $19,997.71 plus has neglected to pay interest since November 30, 1981.

9. Subsequent to this transfer, Citi bank closed its operations in Lebonon and refused to respond and has neglected to pay the Habchi the full amount of his deposits.

10. Citi bank has refused and neglected to deliver any documentation as to the disposition of the Habchi's $19,997.

11. The defendant owes the Habchi $19,997.71 plus interest since November 30, 1981.

12. The Habchi repeatedly requested that the defendant to account for the $19,997.71

13. The Habchi on or about March 3, 2002, began asking for the return of his monies from the defendant. Each time the Habchi asked the defendants for his monies they gave him an excuse. The defendants have refused and neglected to return any further monies, after repeated demands and requests.

14. Habchi transferred said account by assignment attached hereto to the plaintiff Habchi, Inc.

## COUNT I
### Breach of Contract

15. The plaintiff realleges each and every allegation set forth in paragraph 1 through 14 set forth above.

16. The defendant owes the plaintiff for breach of contract in that he has refused as agree to deliver half the business to the plaintiff, to pay to the plaintiff halkf the profits of the business or to repay the monies entrusted to him with interest thereon.

WHEREFORE, the plaintiff demands judgment plus interest and costs of this action.

## COUNT II

Monies Due on Account

17. The plaintiff realleges each and every allegation set forth in paragraphs 1 through 14 set forth above.

18. The defendant owes monies due on Account.

WHEREFORE, the plaintiff demands judgment plu/s interest and cost of this action.

## COUNT III

Monies Had and Received.

19. The plaintiff realleges each and every allegation set forth in paragraphs 1 through 14 set forth above.

20. The defendant owes the plaintiff for monies belonging to the plaintiff he has in his possession.

WHEREFORE, the plaintiff demands judgment plus interest and cost of this action.

## COUNT IV

## COUNT IV/

### Fraud

21. The plaintiff realleges each and every allegation set forth in paragraphs 1 through 12 set forth above.

22. The defendant's agents fraudulently took the plaintiff's monies.

WHEREFORE, the plaintiff demands judgment plus interest and cost of this action.

Signed under the pains and penalties of perjury, this 10th day of November, 2004.

*Chehade D. Habchi*
Chehade D. Habchi, President
Plaintiff

The Plaintiff
By his Attorney

Walter W. Jabs, Jr.
530 Boston Post Rd. E-1
Marlboro, MA 01752
(508) 229-0909
BBB No. 248360

A TRUE COPY ATTEST
CLERK

| CIVIL ACTION COVER SHEET | DOCKET NO.(S) 04-1495B | Trial Court of Massachusetts Superior Court Department County: _____ |
|---|---|---|

| PLAINTIFF(S) Habchi, Inc. | DEFENDANT(S) Citi Bank |
|---|---|
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE<br>Walter W. Jabs Jr<br>530 Boston Post Rd #1 Marlboro MA 01752<br>(508) 229-0909<br>Board of Bar Overseers number: 248360 | ATTORNEY (if known) |

**Origin code and track designation**

Place an x in one box only:
- [x] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

**TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| A03 | Deposit Commercial Paper | (F) | ( ) Yes  (x) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(Attach additional sheets as necessary)

FILED
COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPT. OF THE TRIAL COURT
PLYMOUTH COUNTY
DEC 1 5 2004
_____ CLERK

A. Documented medical expenses to date:
  1. Total hospital expenses ........................ $
  2. Total Doctor expenses ......................... $
  3. Total chiropractic expenses ................... $
  4. Total physical therapy expenses ............... $
  5. Total other expenses (describe) ............... $
     Subtotal $
B. Documented lost wages and compensation to date .. $
C. Documented property damages to date ............. $
D. Reasonably anticipated future medical and hospital expenses $
E. Reasonably anticipated lost wages ............... $
F. Other documented items of damages (describe)
     $
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

     $
     TOTAL $

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):
Defendant has deposit of plaintiff and refuses
return monies. Original Deposit is $109,000.00
Now $19,000 plus interest from 1981 per Contract

A TRUE COPY ATTEST
_____ CLERK

TOTAL $. 68,000

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____  DATE: 14/15/04

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

COMMONWEALTH OF MASSACHUSETTS

Plymouth, ss.                                                    Plymouth Superior Court
                                                                 Civil Action No. PLCV2004-01495-13

HABCHI, INC.,                    )
        Plaintiff                )
                                 )
                                 )
v.                               )              NOTICE OF APPEARANCE
                                 )
                                 )
CITIBANK                         )
        Defendant                )

FILED
COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPT. OF THE TRIAL COURT
PLYMOUTH COUNTY
FEB - 1 2005
CLERK

RECEIVED
FEB - 1 2005
PLYMOUTH SUPERIOR COURT

Please enter our appearance as counsel for the defendant, CitiBank, in the above-captioned case.

Donn A. Randall, BBO No. 631590
J. Patrick Kennedy, BBO No. 565778
Bulkley, Richardson and Gelinas, LLP
One Post Office Square, Suite 3700
Boston, MA  02109
Tel:  (617) 368-2500
Fax:  (617) 368-2525

Dated:  January 31, 2005

### CERTIFICATE OF SERVICE

I, Donn A. Randall, hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first class mail, postage prepaid on January 31, 2005.

Donn A. Randall

A TRUE COPY ATTEST
CLERK