UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| HABCHI, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-10259-RWZ |
| CITI BANK, | ) | |
| Defendant. | ) | |

## JOINT PRETRIAL SCHEDULING STATEMENT
## PURSUANT TO LOCAL RULE 16.1

Pursuant to Fed. R. Civ. P. 16(b), Local Rule 16.1 and this Court's February 18, 2005

Notice of Scheduling Conference, the undersigned counsel for plaintiff Habchi, Inc. ("Habchi")

and defendant Citibank, N.A. ("Citibank), erroneously named "Citi Bank," certify that they have

conferred and hereby submit their Proposed Pretrial Scheduling Statement:

**A.** **Proposed Pretrial Schedule:**

| | Event | Deadline |
|---|---|---|
| 1. | Motion for Judgment on the Pleadings and/or to Dismiss | May 2, 2005 |
| 2. | Opposition to Motion for Judgment on the Pleadings and/or to Dismiss | May 23, 2005 |
| 3. | Oral Argument / Hearing on Motion for Judgment on the Pleadings and/or to Dismiss | To be determined by the Court |
| 4. | Initial Disclosures | If Necessary, 30 days after entry of Order denying Motion for Judgment on the Pleadings and/or to Dismiss |
| 5. | Completion of all Fact Discovery, including all Depositions | 120 days after Deadline for Initial Disclosures |

| | | |
|---|---|---|
| 6. | Opening Expert Reports, if necessary | 30 days after Deadline for Completion of Fact Discovery |
| 7. | Rebuttal Expert Reports, if necessary | 21 Days after Deadline for Opening Expert Reports |
| 8. | Completion of Expert Discovery, if necessary | 30 Days after Deadline for Rebuttal Expert Reports |
| 9. | Filing of Summary Judgment Motions | 30 Days after Deadline for Completion of Expert Discovery |
| 10. | Filing of Oppositions to Summary Judgment Motions | 21 Days after Deadline for Filing of Summary Judgment Motions |
| 11. | Oral Argument on Summary Judgment Motions | To be Determined by the Court |
| 12. | Final Pretrial Conference, if necessary | To be Determined by the Court |
| 13. | Trial | To be Determined by the Court |

Counsel for Habchi and Citibank agree that the parties should not conduct formal discovery until such time that the Court has ruled on Citibank's planned Motion for Judgment on the Pleadings and/or to Dismiss. Because most of the deadlines set forth in this Proposed Pretrial Schedule are to be determined based upon the outcome of that motion, counsel for the parties will supplement this Joint Pretrial Scheduling Statement with fixed dates, which will be submitted to the Court, if those events become necessary and once the dates are known.

**B.    Settlement Proposal:**

Settlement outside of litigation does not appear possible at this time given the nature of the dispute.

**C.    Certification of Counsel Regarding Budget and Alternative Dispute Resolution:**

Certifications signed by counsel and a representative of each party affirming that the party has conferred with counsel regarding establishing a budget for the costs of litigation and

- 3 -

regarding use of alternative dispute resolution in this litigation will be submitted to the Court in a

supplemental filing as soon as possible.


|  |  |
|---|---|
| HABCHI, INC.,<br>By its Attorneys, | CITIBANK, N.A., erroneously named<br>CITI BANK,<br>By its Attorneys, |
| _/s/ Walter W. Jabs, Jr._<br>Walter W. Jabs, Jr., BBO# 248360<br>530 Boston Post Road<br>Suite E-1<br>Marlboro, Massachusetts  01752<br>(508) 229-0909 | _/s/ J. Patrick Kennedy_<br>Donn A. Randall, BBO# 631590<br>J. Patrick Kennedy, BBO# 565778<br>Bulkley, Richardson, and Gelinas LLP<br>One Post Office Squire, Suite 3700<br>Boston, Massachusetts  02109<br>(617) 368-2500 |


Dated:  March 9, 2005




292121.1