UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HABCHI, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 05-10259-RWZ |
| CITI BANK, | ) ) ) |
| Defendant. | ) ) |

**CERTIFICATION OF DEFENDANT
CITIBANK, N.A. PURSUANT TO LOCAL RULE 16.1(d)(3)**

Defendant Citibank, N.A., erroneously named "Citi Bank," hereby certifies that, pursuant to Local Rule 16.1(d)(3) of the United States District Court for the District of Massachusetts, its representative has conferred with its undersigned counsel regarding the following matters:

(a) the establishment of a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

(b) the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

CITIBANK, NA.,
By:

_/s/ J. Patrick Kennedy_
Donn A. Randall, BBO# 631590
J. Patrick Kennedy, BBO# 565778
Bulkley, Richardson and Gelinas, LLP
One Post Office Square, Suite 3700
Boston, MA 02109
(617) 368-2500

Richard Papper, Esq.  VP

Dated: March 15, 2005
292235.1