UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10259-RWZ

HABCHI, INC.

v.

CITIBANK

SCHEDULING ORDER

March 22, 2005

ZOBEL, D. J.

    This matter having come before the court at a scheduling conference held pursuant to Rule 16, Fed. R. Civ. P., 28 U.S.C., and Walter W. Jabs, Jr., having appeared as counsel for plaintiff Habchi, Inc.; and Donn A. Randall and J. Patrick Kennedy having appeared as counsel for defendant Citibank, the following action was taken:

1.    Plaintiff shall notify the court and defendant by May 16, 2005 whether it intends to go forward with this law suit.

2.    If plaintiff does not intend to prosecute further, it shall file a stipulation of dismissal.

    If plaintiff intends to continue, defendant may file a motion for summary judgment by June 10, 2005.

    Any opposition shall be filed by June 30, 2005.

    A reply of no more than three pages is due on July 6, 2005.

       The court will hear the motion on July 14, 2005 at 2 p.m.

3.     The parties agreed that, with the exception of producing certain banking and Lebanese documents, they will conduct no discovery until the dispositive motions are decided.

| | |
|---|---|
| _____<br>DATE | /s/ Rya W. Zobel<br>RYA W. ZOBEL<br>UNITED STATES DISTRICT JUDGE |