**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| HABCHI, INC., | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| CITI BANK, | ) |
|  | ) |
| Defendant. | ) |

Civil Action No. 05-10259-RWZ

## MOTION TO WITHDRAW

Now comes Walter W. Jabs, Jr. attorney for the plaintiff and pursuant to Federal Rules of Civil Procedure, moves to withdraw as counsel in this matter. As grounds thereto counsel states that I have an irecconcilable difference of opinion with the client.

Dated May 16, 2005

HABCHI, INC.,
By its Attorneys,

Walter W. Jabs, Jr., BBO# 248360
530 Boston Post Road
Suite E-1
Marlboro, MA 01752
(508) 229-0909

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HABCHI, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CITI BANK, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Civil Action No. 05-10259-RWZ

### CERTIFICATE OF SERVICE

I, Walter W. Jabs, Jr., hereby state that I have given notice of this motion this 18th day of May, 2005 to:

Donn A. Randall, BBO# 631590
J. Patrick Kennedy, BBO# 565778
Bulkley, Richardson, and Gelinas LLP
One Post Office Squire, Suite 3700
(Boston, Massachusetts 02109

and

Habchi, Inc.
Chehade DiB Habchi
21 Paterson Ave.
Brockton, MA

Walter W. Jabs, Jr., BBO# 248360
530 Boston Post Road
Suite E-1
Marlboro, MA 01752
(508) 229-0909