UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HABCHI, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-10259-RWZ |
| CITI BANK, | ) |
| Defendant. | ) |

**MOTION OF DEFENDANT CITIBANK, N.A. TO STAY
OR EXTEND THE SUMMARY JUDGMENT DEADLINES
SET FORTH IN THE MARCH 22, 2005 SCHEDULING ORDER**

Defendant Citibank, N.A. ("Citibank"), erroneously named "Citi Bank," hereby moves the Court to stay or extend the summary judgment deadlines set forth in its March 22, 2005 Scheduling Order. As grounds for this motion, Citibank states as follows:

1. Following a scheduling conference, the Court entered its March 22, 2005 Scheduling Order, which set a deadline for the plaintiff to notify the Court by May 16, 2005 "whether it intends to go forward with this law suit."

2. The plaintiff did not comply with that deadline and has not yet notified the Court whether it intends to proceed with this case. Rather, on or about May 18, 2005, plaintiff's counsel filed a Motion to Withdraw.

3. In an electronic Order entered on June 3, 2005, the Court granted the Motion to Withdraw, and ordered successor counsel for the plaintiff to enter an appearance "no later than July 8, 2005" or the action "will be dismissed for lack of prosecution."

4. No successor counsel has entered an appearance for the plaintiff as of this date.

5.     The Court's June 3, 2005 Order does not stay or extend the deadlines set forth in the Court's March 22, 2005 Scheduling Order, including the deadline for Citibank to file a motion for summary judgment by June 10, 2005, and any opposition and reply brief thereto.

6.     Because uncertainty remains as to whether successor counsel will enter an appearance for the plaintiff, and whether this case will go forward at all, Citibank hereby moves the Court for a stay or an indefinite extension of the summary judgment deadlines set forth in the March 22, 2005 Scheduling Order until such time that it is known that this case will go forward. If no successor counsel for the plaintiff appears, and the case is dismissed by the Court, then no further action by Citibank or the Court will be necessary.

WHEREFORE, defendant Citibank respectfully requests that this Court grant this motion and enter an order staying or indefinitely extending the summary judgment deadlines set forth in the March 22, 2005 Scheduling Order.

CITIBANK, N.A.,
By its Attorneys,

_/s/ J. Patrick Kennedy_
Donn A. Randall, BBO# 631590
J. Patrick Kennedy, BBO# 565778
Bulkley, Richardson and Gelinas, LLP
One Post Office Square, Suite 3700
Boston, MA  02109
(617) 368-2500

Dated:  June 9, 2005

CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I, J. Patrick Kennedy, hereby certify that I was unable to confer with the plaintiff regarding the relief requested in this motion because the plaintiff currently has no counsel of record, and I did not have any contact information for a representative of the plaintiff, which is a corporation.

_/s/ J. Patrick Kennedy_

300208.1