AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

Plaintiff:
HABCHI, INC.
v.
Defendant:
CitiBank

APPEARANCE

Case Number: 1:05-CV-10259-RWZ

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

~~I certify that I am admitted to practice in this court.~~

Pro - Se

6-21-2005
Date

CHEHADE DIB HABCHI
Signature

CHEHADE DIB HABCHI
Print Name                                    Bar Number

21 PATTERSON. AVE
Address

BROCKTON.         MA.            02301
City              State          Zip Code

508-587-7171      508-587-4090
Phone Number      Fax Number