UNITATES - DISTRICT COURT

APPEARANCE

Plantiff:

HABCHI INC

Case Number 1:05-CV-10259-RWZ

Defendant:

CITIBank

To the clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Pro-se

Request a hearing

CHEHADE DIB HABCHI
Signature

N. CHEHADE DIB HABCHI

AD. 21 PATTERSON AVE

City BROCKTON MA 02301

tel. 508-587-7171  Fax 508-587-4090

Date: 6-21-2005