UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HABCHI, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | Civil Action No. 05-10259-RWZ |
| ) | |
| CITI BANK, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR APPOINTMENT OF COUNSEL**

Now comes Chehade Dib Habchi and moves pursuant to Title 28 U.S.C. Section 1915 that the court appoint an attorney for the plaintiff in this matter. As grounds thereto counsel states that I have attached a explaination of my attempts to obtain counsel and my financial condition.

Dated: 7   July   2005

*Chehade Dib Habchi*
Chehade Dib Habchi

To the court.

I have tried to find Attorney
I called several in boston. I went to see
heem.
They all wanted to pay 20 thousand Dollars
and more.
I can't afford that
I don't have 20 thousand American Dollars
and I need assistance.

Chehade bit Habchi

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HABCHI, INC., <br><br> Plaintiff, <br><br> v. <br><br> CITI BANK, <br><br> Defendant. | Civil Action No. 05-10259-RWZ |

### CERTIFICATE OF SERVICE

I, Chehade DiB Habchi, hereby state that I have given notice of this motion this _____ day of July, 2005 to:

Donn A. Randall, BBO# 631590
J. Patrick Kennedy, BBO# 565778
Bulkley, Richardson, and Gelinas LLP
One Post Office Squire, Suite 3700
(Boston, Massachusetts 02109

_____
Chehade DiB Habchi

- 2 -