UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HABSHI, INC.
        Plaintiff

      V.

CITIBANK
        Defendant

CIVIL ACTION

NO. 05-10259-RWZ

## JUDGMENT

ZOBEL, D. J.

In accordance with the Court's Order dated 7/20/05;

Judgment is entered DISMISSING the complaint without prejudice.

By the Court,

7/21/05
Date

s/ Lisa A. Urso
Deputy Clerk