## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Plaintif

HABCHI INC
_____

defendant          V.

Citibank
_____

CASE NO. *1: 05-CV-10259*

## NOTICE OF APPEAL

Notice is hereby given that *Chehoude Dib Habchi* above named,
hereby appeals from the *judgment and order* entered in the
above entitled action on *7-21-2005* .

By t

*Chehoude Dib Habchi*

*7-26-2005*
**Date**