# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-10259

Habshi, Inc.

v.

Citibank

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 7/26/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 9, 2005.

Sarah A Thornton, Clerk of Court

By: /s/ Jeanette Ramos
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 8/9/05.

/s/ Burchard
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-10259-RWZ

Habchi, inc. v. Citibank  
Assigned to: Judge Rya W. Zobel  
Cause: 15:1640 Truth in Lending

Date Filed: 02/09/2005  
Jury Demand: None  
Nature of Suit: 430 Banks and Banking  
Jurisdiction: Federal Question

**Plaintiff**

**Habchi, inc.**     represented by **Habchi, inc.**
PRO SE

**Walter W. Jabs, Jr.**
530 Boston Post Road
Suite E-1
Marlboro, MA 01720
508-229-0909
*TERMINATED: 06/03/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chehade Dib Habchi**     represented by **Chehade Dib Habchi**
21 Patterson Ave
Brockton, MA 02301
508-587-7171
Fax: 4090
PRO SE

V.

**Defendant**

| | |
|---|---|
| **Citibank** | represented by **Donn A. Randall**<br>Bulkley, Richardson & Gelinas, LLP<br>One Post Office Square<br>Suite 3700<br>Boston, MA 02109<br>617-292-2820<br>Fax: 617-292-0273<br>Email: drandall@bulkley.com<br><br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE*<br>*NOTICED*<br><br>**J. Patrick Kennedy**<br>Bulkley, Richardson & Gelinas LLP<br>One Post Office Square<br>Boston, MA 02109<br>617-368-2500<br>Email: pkennedy@bulkley.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE*<br>*NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/09/2005 | 1 | NOTICE OF REMOVAL by Citibank from Plymouth Superior Court, case number PLCV2004-01495-13. $150, receipt number 62216, filed by Citibank. (Attachments: # 1 Exhibit A# 2 Civil Cover Sheet) (Johnson, Jay) (Entered: 02/10/2005) |
| 02/09/2005 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. |

| | | |
|---|---|---|
| | | (Johnson, Jay) (Entered: 02/10/2005) |
| 02/16/2005 | 2 | ANSWER to Complaint by Citibank.(Kennedy, J.) (Entered: 02/16/2005) |
| 02/17/2005 | 3 | STATE COURT Record. (Johnson, Jay) Additional attachment(s) added on 2/18/2005 (Johnson, Jay). (Entered: 02/18/2005) |
| 02/18/2005 | 4 | NOTICE of Scheduling Conference Scheduling Conference set for 3/16/2005 03:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 02/18/2005) |
| 03/09/2005 | 5 | JOINT STATEMENT re scheduling conference *Pursuant to Local Rule 16.1*. (Kennedy, J.) (Entered: 03/09/2005) |
| 03/15/2005 | 6 | CERTIFICATE OF CONSULTATION re 5 JOINT STATEMENT re scheduling conference *of Citibank, N.A. Pursuant to Local Rule 16.1(d)(3)* by J. Patrick Kennedy on behalf of Citibank. (Kennedy, J.) (Entered: 03/15/2005) |
| 03/16/2005 | | electronicClerk's Notes for proceedings held before Judge Rya W. Zobel : Scheduling Conference held on 3/16/2005. Plaintiff should decide whetherto go forward by mid-May; if case goes forward; motions 6/10/05; oppositions 6/30/05; 3 page reply 7/6/05; hearing 7/14/05 at 2:00 p.m. (Urso, Lisa) (Entered: 03/23/2005) |
| 03/22/2005 | 7 | Judge Rya W. Zobel : Order ORDER entered. SCHEDULING ORDER entered(Urso, Lisa) (Entered: 03/23/2005) |
| 05/23/2005 | 8 | MOTION to Withdraw as Attorney (Walter W. Jabs) by Habchi, inc..(Johnson, Jay) (Entered: 05/24/2005) |
| 05/25/2005 | 9 | RESPONSE to Motion re 8 MOTION to Withdraw as Attorney filed by Citibank. (Kennedy, J.) (Entered: 05/25/2005) |

| | | |
|---|---|---|
| 06/03/2005 | | Judge Rya W. Zobel : endorsedORDER entered granting 8 Motion to Withdraw as Attorney. Successor counsel shall enter his/her appearance no later than July 8, 2005. If no counsel has appeared by that date, the complaint will be dismissed for lack of prosecution. (Urso, Lisa) (Entered: 06/03/2005) |
| 06/09/2005 | 10 | MOTION to Stay *or Extend Deadlines set forth in Scheduling Order* by Citibank.(Kennedy, J.) (Entered: 06/09/2005) |
| 06/13/2005 | | Judge Rya W. Zobel : endorsedORDER entered granting 10 Motion to Stay. The summary judgment deadlines previously set are stayed until 7/8/05 or the appearance of plaintiff's counsel, whichever occurs first. (Urso, Lisa) (Entered: 06/13/2005) |
| 06/21/2005 | 11 | NOTICE of plaintiffs intent to proceed pro se by Habchi, inc. (Johnson, Jay) (Entered: 06/22/2005) |
| 06/21/2005 | 12 | NOTICE of Request for Hearing by Habchi, inc., Chehade Dib Habchi (Johnson, Jay) (Entered: 06/22/2005) |
| 06/30/2005 | | Judge Rya W. Zobel : endorsed ORDER entered. ELECTRONIC ENDORSEMENT re 12 Notice (Other) filed by Habchi, inc.,, Chehade Dib Habchi. Plaintiff shall file his opposition to the pending motion for summary judgment by July 8, 2005. The court will decide the matter on the papers without argument. (Urso, Lisa) (Entered: 06/30/2005) |
| 07/05/2005 | 13 | MOTION for Clarification re Electronic Endorsement (non-order), Electronic Endorsement (non-order) *and to Dismiss for Failure to Have Counsel Enter an Appearance* by Citibank.(Kennedy, J.) (Entered: 07/05/2005) |
| 07/07/2005 | 14 | MOTION to Appoint Counsel by Chehade Dib Habchi, FILED, c/s.(Boyce, Kathy) (Entered: 07/07/2005) |

| 07/11/2005 | 15 | Response by Habchi, inc., Chehade Dib Habchi to Electronic Endorsement. (Johnson, Jay) (Entered: 07/11/2005) |
| --- | --- | --- |
| 07/19/2005 | 16 | Letter/request (non-motion) from Chehade Habchi w/attachments. (Johnson, Jay) (Entered: 07/19/2005) |
| 07/20/2005 | 17 | Judge Rya W. Zobel : OrderORDER entered granting 13 Motion for Clarification, denying 14 Motion to Appoint Counsel. Judgment may be entered dismissing the complaint without prejudice. (Urso, Lisa) (Entered: 07/21/2005) |
| 07/21/2005 | 18 | Judge Rya W. Zobel : Judgment ORDER entered. JUDGMENT entered DISMISSING the complaint without prejudice. (Urso, Lisa) (Entered: 07/21/2005) |
| 07/26/2005 | 19 | NOTICE OF APPEAL as to 17 Order on Motion for Clarification, Order on Motion to Appoint Counsel, 18 Judgment by Habchi, inc., Chehade Dib Habchi. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 8/15/2005. (Johnson, Jay) (Entered: 07/27/2005) |