Judge Zobel
05-10259
USDC MA

# MANDATE
# United States Court of Appeals
## For the First Circuit

No. 05-2206

HABCHI, INC.,

Plaintiff - Appellant,

v.

CITIBANK, N.A.,

Defendant - Appellee.

**JUDGMENT**
**Entered: January 31, 2006**

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 1/31/06

By the Court:

Richard Cushing Donovan, Clerk

JULIE GREGG

By_____
Operations Manager

[cc: Donn Randall, Esq., J. Patrick Kennedy, Chehade Habchi]